**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re: S & S REAL PROPERTY HOLDINGS LLC         § Case No. 2:16-bk-18751-BR
                                                                                            §
                                                                                            §
                                                                                            §
Debtor(s)                                                                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   David M. Goodrich, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $97,235.06 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $16,118.83 | |

   3) Total gross receipts of $ 113,353.89 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $113,353.89
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $88,106.79 | $98,325.49 | $96,468.19 | $96,468.19 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,036.52 | 16,118.83 | 16,118.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,370.25 | 3,370.25 | 766.87 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,245.12 | 3,009.36 | 3,009.36 | 0.00 |
| **TOTAL DISBURSEMENTS** | $95,351.91 | $126,741.62 | $118,966.63 | $113,353.89 |

4) This case was originally filed under Chapter 7 on June 30, 2016. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/12/2018          By: /s/David M. Goodrich
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 15521 7th St., Victorville, CA 92395 | 1110-000 | 113,353.89 |
| **TOTAL GROSS RECEIPTS** | | **$113,353.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | San Bernardino Tax Collector | 4700-000 | 9,464.08 | 15,258.47 | 13,401.17 | 13,401.17 |
| 2 | Martin Murillo | 4120-000 | 78,642.71 | 81,067.02 | 81,067.02 | 81,067.02 |
|  | Financial Consideration-Fixtures | 4120-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$88,106.79** | **$98,325.49** | **$96,468.19** | **$96,468.19** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - David M. Goodrich | 2100-000 | N/A | 8,917.69 | 3,000.00 | 3,000.00 |
| Trustee Expenses - David M. Goodrich | 2200-000 | N/A | 606.63 | 606.63 | 606.63 |
| Other - LEA Accountancy, LLP | 3410-000 | N/A | 2,494.50 | 2,494.50 | 2,494.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - LEA Accountancy, LLP | 3420-000 | N/A | 109.44 | 109.44 | 109.44 |
| Other - Franchise Tax Board | 2820-000 | N/A | 872.01 | 872.01 | 872.01 |
| Other - City of Victorville- Violation | 2820-000 | N/A | 236.00 | 236.00 | 236.00 |
| Other - Neiman Realty | 3510-000 | N/A | 2,260.00 | 2,260.00 | 2,260.00 |
| Other - RE/MAX Titanuim | 3510-000 | N/A | 3,390.00 | 3,390.00 | 3,390.00 |
| Other - A&A -reimbursement for payoff demand | 2500-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - MyNHD Residential NHD Reprot | 2500-000 | N/A | 109.95 | 109.95 | 109.95 |
| Other - Owener Title Insurance | 2500-000 | N/A | 649.00 | 649.00 | 649.00 |
| Other - Wire Fee | 2500-000 | N/A | 7.50 | 7.50 | 7.50 |
| Other - Overnight mail fee | 2500-000 | N/A | 30.00 | 30.00 | 30.00 |
| Other - Sub Escrow fee | 2500-000 | N/A | 62.50 | 62.50 | 62.50 |
| Other - Transfer of tax- County of San Bernardino | 2820-000 | N/A | 124.30 | 124.30 | 124.30 |
| Other - Taxes 1/2 taxes 2017-18 | 2820-000 | N/A | 950.76 | 950.76 | 950.76 |
| Other - Escrow fee | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Other - 1099 processing | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - Drawing documentation fee | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - File archive fee | 2500-000 | N/A | 29.00 | 29.00 | 29.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.32 | 11.32 | 11.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.92 | 10.92 | 10.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $22,036.52 | $16,118.83 | $16,118.83 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Franchise Tax Board | 5800-000 | N/A | 3,370.25 | 3,370.25 | 766.87 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $3,370.25 | $3,370.25 | $766.87 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3U | Franchise Tax Board | 7100-000 | N/A | 3,009.36 | 3,009.36 | 0.00 |
| NOTFILED | Peter Sayers | 7100-000 | 7,245.12 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,245.12 | $3,009.36 | $3,009.36 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 2:16-bk-18751-BR  
**Case Name:** S & S REAL PROPERTY HOLDINGS LLC  

**Trustee:** (001790)   David M. Goodrich  
**Filed (f) or Converted (c):** 06/30/16 (f)  
**§341(a) Meeting Date:** 08/04/16  

**Period Ending:** 06/12/18  
**Claims Bar Date:** 12/19/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   15521 7th St., Victorville, CA 92395  Allstate Insurance Co.  Policy 648633312 | 68,800.00 | 7,881.69 | | 113,353.89 | FA |
| 1   Assets   Totals (Excluding unknown values) | **$68,800.00** | **$7,881.69** | | **$113,353.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

Period ending December 31, 2017- The trustee filed a motion to sell real property [Dkt. 29]. An order approving the sale motion was approved by the court [Dkt. 35]. The trustee learned the debtor's agent leased the property to a restaurant. The trustee negotiated a turnover of the property and the sale closed. All assets have been administered and the trustee will proceed to close the case.

Due to the amount of funds collected, the trustee has decided to reduce his commission in order to allow sufficient payment to priority unsecured claims. The trustee has reviewed the claims register and objections to claims are not required.

Estate returns have been completed.

The trustee expected to submit the final report by December 31, 2017. Because of the issue with the tenant, the trustee was not able to close the sale and meeting the original ETFR date. The trustee expects to submit the final report on or before March 1, 2018.

Period ending December 31, 2016- The trustee is investigating the liquidation of real property located at 15521 7to Street, Victorville, California. The trustee has employed Neiman Realty as the broker to market and sell the property.

Should funds become available, the trustee will review the claims to determine if objections are required.

There are no funds in the case. Should funds become available, the trustee will have his accountant prepare the required estate tax returns.

The trustee anticipates submitting the final report by December 31, 2017

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017        **Current Projected Date Of Final Report (TFR):**   January 23, 2018  (Actual)

Printed: 06/12/2018 09:37 AM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 2:16-bk-18751-BR  
**Case Name:** S & S REAL PROPERTY HOLDINGS LLC  
**Taxpayer ID #:** **-***7411  
**Period Ending:** 06/12/18

**Trustee:** David M. Goodrich (001790)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/26/17 | | Dezhong Li | Proceeds from sale of real property | | 7,881.69 | | 7,881.69 |
| | {1} | | Sale proceeds    113,353.89 | 1110-000 | | | 7,881.69 |
| | | Financial Consideration- Fixtures | Financial Consideration- Fixtures    -2,000.00 | 4120-000 | | | 7,881.69 |
| | | City of Victorville- Violation | City of Victorville- Violation    -236.00 | 2820-000 | | | 7,881.69 |
| | | Martin Murillo | IE Business Solutions- Payoff    -81,067.02 | 4120-000 | | | 7,881.69 |
| | | Neiman Realty | Neiman Realty    -2,260.00 | 3510-000 | | | 7,881.69 |
| | | RE/MAX Titanuim | RE/MAX Titanuim    -3,390.00 | 3510-000 | | | 7,881.69 |
| | | A&A -reimbursement for payoff demand | A&A -reimbursement for payoff demand    -5.00 | 2500-000 | | | 7,881.69 |
| | | MyNHD Residential NHD Reprot | MyNHD Residential NHD Reprot    -109.95 | 2500-000 | | | 7,881.69 |
| | | Owener Title Insurance | Owener Title Insurance    -649.00 | 2500-000 | | | 7,881.69 |
| | | Wire Fee | Wire Fee    -7.50 | 2500-000 | | | 7,881.69 |
| | | Overnight mail fee | Overnight mail fee    -30.00 | 2500-000 | | | 7,881.69 |
| | | Sub Escrow fee | Sub Escrow fee    -62.50 | 2500-000 | | | 7,881.69 |
| | | Transfer of tax- County of San Bernardino | Transfer of tax- County of San Bernardino    -124.30 | 2820-000 | | | 7,881.69 |
| | | Taxes 1/2 taxes 2017-18 | Taxes 1/2 taxes 2017-18    -950.76 | 2820-000 | | | 7,881.69 |
| | | San Bernardino Tax Collector | Deliquent taxes- County of San Bernardino    -13,401.17 | 4700-000 | | | 7,881.69 |
| | | Escrow fee | Escrow fee    -1,000.00 | 2500-000 | | | 7,881.69 |
| | | 1099 processing | 1099 processing    -75.00 | 2500-000 | | | 7,881.69 |
| | | Drawing documentation fee | Drawing documentation fee    -75.00 | 2500-000 | | | 7,881.69 |
| | | File archive fee | File archive fee    -29.00 | 2500-000 | | | 7,881.69 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,871.69 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.32 | 7,860.37 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.92 | 7,849.45 |
| 04/11/18 | 101 | LEA Accountancy, LLP | EOD 3/28/18-Dividend paid 100.00% on $2,494.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,494.50 | 5,354.95 |
| 04/11/18 | 102 | LEA Accountancy, LLP | EOD 3/28/2018- Dividend paid 100.00% on $109.44, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 109.44 | 5,245.51 |
| 04/11/18 | 103 | Franchise Tax Board | 3/28/2018- Admin tax claim | 2820-000 | | 872.01 | 4,373.50 |

Subtotals :    $7,881.69    $3,508.19

{} Asset reference(s)

Printed: 06/12/2018 09:37 AM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 2:16-bk-18751-BR  
**Case Name:** S & S REAL PROPERTY HOLDINGS LLC  
**Taxpayer ID #:** **-***7411  
**Period Ending:** 06/12/18  

**Trustee:** David M. Goodrich (001790)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/11/18 | 104 | Franchise Tax Board | EOD 03/28/2018- priority claim | 5800-000 | | 766.87 | 3,606.63 |
| 04/11/18 | 105 | David M. Goodrich | EOD 3/28/2018- trustee fee and expense. | | | 3,606.63 | 0.00 |
| | | | Dividend paid 100.00%  3,000.00 on $3,000.00; Claim# ; Filed: $8,917.69 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%  606.63 on $606.63; Claim# ; Filed: $606.63 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,881.69 | 7,881.69 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,881.69 | 7,881.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,881.69** | **$7,881.69** | |

Net Receipts : 7,881.69  
Plus Gross Adjustments : 105,472.20  
Net Estate : $113,353.89  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8666 | 7,881.69 | 7,881.69 | 0.00 |
| | **$7,881.69** | **$7,881.69** | **$0.00** |

{} Asset reference(s)    Printed: 06/12/2018 09:37 AM    V.13.32